IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00845-MSK-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE 2,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 16, 2012.**

    Defendant Doe #2's Motion for Leave to Proceed Anonymously [filed June 15, 2012; docket #20] is **granted** as follows. Defendant may proceed anonymously in this matter as "Doe #2" for the purpose of adjudicating Defendant's pending motion to quash. Upon resolution of the motion to quash, should the Defendant perceive a need to continue proceeding anonymously in this case, the Defendant must then seek permission from the Court to continue proceeding anonymously.